## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :

                              :

                              :

         v.                  :    CRIMINAL NO. 05-123-10

                              :

EZEQUIEL RIVERA               :

USM#59497-066               :

## O R D E R

AND NOW this _10th_ day of _July_ , 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the parties, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 126 months, effective November 1, 2015. Any and all pending *pro se* motions related to Amendment 782 are moot and hereby **DISMISSED**.

 

                                      **BY THE COURT:**

                                        The Honorable Cynthia M. Rufe
                                        United States District Court Judge